DORN ENERGY, LLC, et al., Respondents, v NORA B. SULLIVAN, Appellant. (Appeal No. 2.) [40 NYS3d 813]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered April 15, 2015. The order granted plaintiffs' renewed motion for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR

5501 [a] [1]). Present—Smith, J.P., DeJoseph, NeMoyer and Troutman, JJ.